1 **KIMBALL JONES, ESQ.**
Nevada Bar No.: 12982
2 **JOSHUA P. BERRETT, ESQ.**
Nevada Bar No.: 12697
3 **BIGHORN LAW**
3675 W. Cheyenne Avenue, Ste 100
4 North Las Vegas, Nevada 89032
5 Phone: (702) 333-1111
Email: kimball@BighornLaw.com
6 Email: Josh@BighornLaw.com
7 *Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAWN LAUREL KRISHER, individually, | Case No.: 2:25−cv−00800−JAD−MDC |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER OF REMAND AND WITHDRAWAL OF MOTION TO REMAND** |
| BIOMET, INC, a Foreign Corporation; BIOMET ORTHOPEDICS, LLC, a Foreign Limited-Liability Company; EBI HOLDINGS, LLC, dba EBI, L.P., a Domestic Limited-Liability Company; UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA, a Domestic Non-Profit; ROE CORPORATIONS I through X, inclusive; ROE MANUFACTURER, XI through XX; ROE DISTRIBUTOR, XI through XX ROE ENTITIES, XI through XX; inclusive, | ECF Nos. 7, 9 |
| Defendants. | |

COME NOW Plaintiff, DAWN LAUREL KRISHER by and through her counsel of record, Kimball Jones, Esq., and Joshua P. Berrett, Esq. of BIGHORN LAW, and Defendants, BIOMET INC, and BIOMET ORTHOPEDICS, LLC, by and through their counsel of record, Kurt R. Bonds, Esq. of the Law Firm HALL & EVANS, LLC, and do

hereby stipulate and agree that this matter be remanded to the Eighth Judicial District Court, Department IX, Case A-25-917690-C. The parties further stipulate that Plaintiff's Motion to Remand (ECF No. 7) be withdrawn, with each party to bear their own fees and costs.

Dated this 11th day of June 2025          Dated this 11th day of June 2025

**BIGHORN LAW**                            **HALL & EVANS, LLC**

 /s/ Joshua P. Berrett                     /s/ Charles Deskins
Kimball Jones, Esq.                        Kurt R. Bonds, Esq.
Nevada Bar No. 12982                       Nevada Bar No. 6228
Joshua P. Berrett, Esq.                    Charles Deskins, Esq.
Nevada Bar No. 12697                       Nevada Bar No. 15532
3675 West Cheyenne Avenue, Suite 100       1160 North Town Center Drive, Suite 330
North Las Vegas, NV  89032                 Las Vegas, NV  89144
*Attorneys for Plaintiff*                  *Attorneys for Defendants*
                                           *Biomet, Inc and Biomet Orthopedics, LLC*

## ORDER

Based upon the parties' stipulation [ECF No. 9] and good cause appearing,

IT IS ORDERED that the Clerk of Court is directed to **REMAND this matter back to the Eighth Judicial District Court for Clark County, Nevada, Case No. A-25-917690-C,** and **CLOSE THIS CASE**.  Plaintiff's Motion to Remand **[ECF No. 7] is deemed withdrawn,** and the 7/9/25 hearing on that motion is VACATED.  So this case returns to state court with no motions pending.

_____
UNITED STATES DISTRICT COURT JUDGE